Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Courtney R. Pratten
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 1 1 2025

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>           v.<br><br>CLAYTON PATRICK MERRITT,<br><br>                              Defendant. | 1:25-CR-2024-MKD<br><br>INDICTMENT<br><br>Vio:  18 U.S.C. § 39A<br>        Aiming a Laser Pointer at an<br>        Aircraft |

The Grand Jury charges:

On or about September 21, 2024, in the Eastern District of Washington, the Defendant, CLAYTON PATRICK MERRITT, knowingly aimed the beam of a laser pointer at an aircraft and at the flight path of an aircraft, that is, an E75L

//

//

//

//

INDICTMENT – 1

(Aircraft ID QXE2367), an aircraft in the special jurisdiction of the United States, in violation 18 U.S.C. § 39A.

DATED this 11 day of March, 2025.

Richard R. Barker
Acting United States Attorney

Courtney R. Pratten
Assistant United States Attorney

INDICTMENT – 2