# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 21, 2025

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Merritt, Clayton Patrick | Docket No. | 0980 1:25CR02024-MKD-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Clayton Patrick Merritt, who was placed under pretrial release supervision by the Honorable Alexander C. Ekstrom, sitting in the court at Yakima, on the 18th day of April 2025, under the following conditions:

**Standard Condition #6:** Defendant shall report to the United States Probation/Pretrial Services Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** On April 18, 2025, the defendant was released from custody and reported to the lobby of the U.S. Pretrial Services Office in Yakima, Washington. He was instructed to complete an accurate and current monthly report form with updated personal information and to remain in the lobby for an officer to complete the installation of location monitoring equipment. The defendant left the U.S. Pretrial Services Office before an officer was able to meet with him and install the location monitoring equipment.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: April 18, 2025

by  s/Daniel M. Manning

Daniel M. Manning
U.S. Pretrial Services Officer

THE COURT ORDERS

[X] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

4/21/2025

Date