# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 10, 2025

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Merritt, Clayton Patrick | Docket No. | 0980 1:25CR02024-MKD-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Phil J. Casey, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Clayton Patrick Merritt, who was placed under pretrial release supervision by the Honorable Alexander C. Ekstrom, sitting in the Court at Yakima, on the 18th day of April 2025, under the following conditions:

**Standard Condition of Release #1:** Defendant shall not commit any offense in violation of federal, tribal, state, or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal, tribal, state or local law enforcement agency, unless Defendant first notifies the supervising United States Probation/Pretrial Officer in the captioned matter.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 24, 2025, the defendant's pretrial release conditions were reviewed with him. The defendant signed his conditions acknowledging an understanding of his conditions, including standard condition of release number 1.

**Violation #1:** Clayton Patrick Merritt is alleged to be in violation of his pretrial release conditions by committing a traffic infraction, Failure to Renew Expired Registration, in violation of Revised Code of Washington (RCW) 46.16A.030.5.

According to the Kittitas County Sheriff's Office (KCSO): On July 5, 2025, at approximately 10:44 p.m. the defendant was pulled over for failing to use a turn signal in Easton, Washington. As KCSO approached the vehicle, it was observed that the registration tabs on the vehicle had expired in October, 2024. KCSO contacted the driver who was identified as the defendant. KCSO issued the Defendant a traffic infraction for expired vehicle registration.

On July 5, 2025, the defendant sent this officer a text message reporting the contact he had with law enforcement.

On July 7, 2025, the defendant spoke with this officer about the law enforcement contact. The defendant reported he was visiting a friend in Easton, Washington, and he was pulled over while driving his friends vehicle.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | I declare under the penalty of perjury that the foregoing is true and correct. |
| --- | --- |
| | Executed on: July 8, 2025 |
| by | s/Phil Casey |
| | Phil J. Casey<br>U.S. Pretrial Services Officer |

PS-8
**Re: Merritt, Clayton Patrick**
**July 8, 2025**
**Page 2**

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Alexander C. Ekstrom*
Signature of Judicial Officer

7/10/2025
Date